

05781-OHN-DE-041218990

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 2:46 o'clock PM PDT, Shonna Campbell-Hall completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date:   July 17, 2026                   By:      /s/Allison M Geving

                                        Name:   Allison M Geving

                                        Title:   President