

05781-OHN-DE-041207931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 7:18 o'clock AM PDT, Matthew Snook completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date:  July 15, 2026

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President